UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| RALPH EUGENE JONES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 3:17-CV-823-JD-MGG |
| I.A. OFFICIALS, *et al.*, | ) | |
| Defendants. | ) | |

**OPINION AND ORDER**

Ralph Eugene Jones, a prisoner without a lawyer, is an inmate at Westville Correctional Facility. He has filed a complaint under 42 U.S.C. § 1983 against correctional officers and an assistant warden. (ECF 1.) Jones makes many implausible allegations in his complaint. Jones alleges that correctional officers are using "virtual reality gaming" to torture him and that he has "a cell full of virtual evidence right now in bags and plastic bottles," which contain "clear moving muscle like forms of virtual emesis[1]." Jones also claims that "things are sliding in [his] body, anus, ears, eyes, nose, etc." He seeks money damages, an immediate transfer, and media coverage.

Pursuant to 28 U.S.C. § 1915A, this court is required to review cases filed by prisoners and must dismiss claims if they are frivolous or malicious or if they fail to state a claim upon which relief may be granted. Claims may be dismissed as factually frivolous if they are "clearly baseless," "fanciful," "fantastic," "delusional," "irrational," or "wholly incredible." *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); and *Gladney v. Pendleton Correctional Facility*, 302 F.3d 773, 774 (7th Cir. 2002). Jones' allegations about

---

[1] Emesis is a medical term for vomiting. http://c.merriam-webster.com/medlineplus/emesis

correctional officers using virtual reality as torture are factually frivolous, warranting dismissal of the complaint.

For these reasons, the court **DISMISSES** this case pursuant to 28 U.S.C. § 1915A because it is frivolous.

SO ORDERED.

ENTERED: December 5, 2017

/s/ JON E. DEGUILIO<br>Judge<br>United States District Court